# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0135. BENNETT v. PAUL.

The movant's emergency motion to stay enforcement pending appeal is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/21/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*